Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 4**

| | |
|---|---|
| AVERY PRODUCTS CORPORATION, | : |
| | : |
| | :   **SUMMONS** |
| | :   Court No. 26-01285 |
| | : |
|                 Plaintiff, | : |
|     v. | : |
| | : |
| UNITED STATES, U.S. CUSTOMS AND | : |
| BORDER PROTECTION, and RODNEY S. | : |
| SCOTT, in his official capacity as Commissioner | : |
| of U.S. Customs and Border Protection, | : |
| | : |
|                Defendants. | : |
| | x |

To:     The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

*/s/ Erik D. Smithweiss*
Signature of Plaintiff's Attorney

Erik D. Smithweiss
GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
707 Wilshire Boulevard
Suite 4150
Los Angeles, CA 90017-3720
(213) 452-0863
esmithweiss@gdlsk.com

February 27, 2026
Date

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)